O'CONNELL V DIRECTOR OF ELECTIONS, No. 153414; Court of Appeals No. 332132.

*Leave to Appeal Denied March 30, 2016:*

PEOPLE V McMILLAN, No. 151823; Court of Appeals No. 325783.

MICHIGAN CHARITABLE GAMING ASSOCIATION V STATE OF MICHIGAN, No. 151928; reported below: 310 Mich App 584.

PEOPLE V NEWMAN, No. 152025; Court of Appeals No. 327000.

PEOPLE V BALLY, No. 152232; Court of Appeals No. 320838.

PEOPLE OF THE CITY OF WESTLAND V MARTIN, No. 152268; Court of Appeals No. 317722.

JOHNSON V MARSH, No. 152654; Court of Appeals No. 322037.

PEOPLE V DEREK HENRY, No. 152676; Court of Appeals No. 321031.

PEOPLE V KRATKY, No. 152832; Court of Appeals No. 321754.

PEOPLE V STERLING STOKES, No. 152864; Court of Appeals No. 329281.

*Summary Disposition April 1, 2016:*

FIGURSKI V TRINITY HEALTH-MICHIGAN, No. 151428; Court of Appeals No. 318115. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate Sections II., III., IV.D., and the first paragraph of Section VI. of the Court of Appeals judgment and we remand this case to the Court of Appeals for reconsideration in light of this Court's opinion in *Elher v Misra*, 499 Mich 11 (2016). We do not retain jurisdiction.